# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HACKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. CRAMER, et al.,<br><br>　　　　　Defendants. | CASE NO. CV-F-01-6110 OWW LJO P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO DISMISS, AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Docs. 70 and 81) |

　　　Plaintiff Brian Hackett ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On December 22, 2004, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. After receiving two extensions of time, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations on April 22, 2005.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Findings and Recommendations, filed December 22, 2004, is adopted in full;

　　　2.　　Defendants' motion to dismiss based on plaintiff's failure to exhaust the available

1

administrative remedies prior to filing suit, filed July 7, 2004, is granted; and

3. Pursuant to 42 U.S.C. § 1997e(a), the claims against defendants Nash, Motta, Lopez, Herrera, Jasso, Klarich, Neubarth, Wagner, and Vieria are dismissed, without prejudice, based on plaintiff's failure to exhaust the available administrative remedies prior to filing suit, thus concluding this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 6, 2005**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE